## PRATHER *v.* UNITED STATES.

ERROR TO THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

No. 546. Submitted November 2, 1896. — Decided November 30, 1896.

*Chapman* v. *United States, ante,* 436, followed.

MOTION to dismiss.

*Mr. Solicitor General* for the motion.

*Mr. H. E. Davis* and *Mr. Jeremiah M. Wilson* opposing.

THE CHIEF JUSTICE: On the question of our appellate jurisdiction this case differs in no material respect from *Chapman* v. *United States,* just decided, *ante,* 436. The motion to dismiss the writ of error is sustained.

*Writ of error dismissed.*